No. 1075. HOLMAN, WARDEN v. DAVIS. C. A. 5th Cir. Certiorari denied. *Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for petitioner.

No. 1076. BEALL v. JEFFERSON. Ct. Civ. App. Tex., 6th Sup. Jud. Dist. Certiorari denied. *Curtis E. Hill* for petitioner. *Thomas G. Nash, Jr.,* for respondent.

No. 1078. ROUMELIOTIS ET UX. v. LEHMANN, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Jack Rosen* for petitioners. *Solicitor General Marshall* for respondent.

No. 1079. BRONIMAN v. GREAT ATLANTIC & PACIFIC TEA Co. C. A. 6th Cir. Certiorari denied. *Dee Edwards* for petitioner.

No. 1083. DAVIS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *John W. Hinsdale* for petitioner. *T. W. Bruton,* Attorney General of North Carolina, and *Theodore C. Brown, Jr.,* for respondent.

No. 1085. DOVBERG ET AL., TRADING AS PASTE Co. OF AMERICA v. DOW CHEMICAL Co. ET AL. C. A. 3d Cir. Certiorari denied. *Samuel D. Slade* for petitioners. *Philip Price* for respondent Samuel Schultz & Co.

No. 1087. BROWN v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Robert M. Alexander* for petitioner. *Robert Y. Button,* Attorney General of Virginia, and *James A. Eichner,* Assistant Attorney General, for respondent.